DETROIT UNITED RAILWAY v. OAKLAND CIRCUIT JUDGE.

MANDAMUS—PROPRIETY—CONDEMNATION PROCEEDINGS—DISMISSAL —REMEDY BY ERROR.

Mandamus will not issue to review the dismissal, on objection of a property owner, of a petition filed by a railroad company as commencement of proceedings to condemn land, the order of dismissal being a final order, reviewable on error.

Mandamus by the Detroit United Railway to compel George W. Smith, circuit judge of Oakland county, to set aside an order dismissing a petition for the condemnation of land. Submitted November 13, 1906. (Calendar No. 21,941.) Writ denied December 3, 1906.

*Brennan, Donnelly & Van De Mark (James H. Lynch*, of counsel), for relator.

*Davis & Bromley*, for respondent.

PER CURIAM. The Detroit United Railway filed its petition in the circuit court for the county of Oakland as commencement of proceedings to condemn for its use certain premises. Objections were filed by a property owner, a portion of whose premises it was sought to obtain in the proceeding. A hearing was had, and an order was entered dismissing the petition. It is sought to review the determination by mandamus. This is not the proper remedy. The order of the circuit court is a final order disposing of the entire proceeding.

Writ denied.